United States District Court
for the District of Columbia

| | |
|---|---|
| Queenie Faison, an individual, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | ) |
| | ) |
| Robert C. Tapella, Public Printer of | ) |
|    the United States | ) |
| U. S. Government Printing Office | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**CONSENT MOTION TO ENLARGE TIME FOR FILING
RETURN OF SERVICE**

    Plaintiff, Queenie Faison, by counsel, respectfully moves for a brief enlargement of time to file the returns of service of the summons and complaint in this action.  Counsel for defendant has given consent to this motion.

    Plaintiff has served the summons and complaint on defendant, and on the Attorney General and United States Attorney, by certified mail on or about August 15, 2008.  Defendant reports, through agency counsel, that service of the summons and complaint has been completed, but plaintiff's counsel has not yet received the certified mail receipt cards.  They will be filed as soon as they are received.  Service was not made immediately because counsel was attempting explore settlement with defendant before the U.S. Attorney's Office was required to invest time in preparing a response to the complaint.

    Wherefore, plaintiff respectfully requests a brief enlargement of time to file the return of

1

service of the summons and complaint.

                    /s/
Theodore S. Allison (DC Bar #441089)
KARR & ALLISON, PC
1300 19th Street N.W., Suite 401
Washington, DC  20036

Telephone (202) 331-7600

Attorneys for Plaintiff

## Certificate of Service

    I hereby certify a copy of the foregoing was served by facsimile this 21st day of August, 2008, on the interested parties, addressed as follows:

    Thomas Kelly, Esq.
    U.S. G.P.O.
    732 North Capitol Street, N.W., Stop GC
    Washington, DC   20401

                    /s/