UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Queenie Faison, an individual ) | |
| ) | Case No. 1:08 cv 714 CKK |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Robert C. Tapella, Public Printer of ) | |
| the United States, U. S. Government ) | |
| Printing Office ) | |
| ) | |
| Defendant. ) | |

**RETURN OF SERVICE**

Plaintiff, Queenie Faison, by counsel, submits the attached return of service of the summons and complaint as to the Attorney General of the United States.


    /s/  Theodore S. Allison
Theodore S. Allison (VA Bar #40913)
Karr & Allison, P.C.
1300 19th Street, N.W., Suite 402
Washington, D.C.  20036

Telephone (202) 331-7600
Facsimile (202) 293-3999
E-mail tsallison@karrallison.com

Attorneys for plaintiff

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8/15/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JARED BREWER | Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): certified mail (see attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/22/08            _[signature]_
             Date                Signature of Server

1300 19th St. NW Ste. 402
Washington DC 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 8/15/08 |
| NAME OF SERVER (PRINT) JARED BREWER | TITLE | Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): certified mail (see attached)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/22/08
                  Date

Signature of Server

1300 19th St. NW Ste. 402
Washington DC 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Earnest L Parker_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name)  AUG 2 1 2008   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Attorney General<br>Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 3020 0001 5739 5117 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540


