AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Queenie Faison, an individual,

    Plaintiff,

        V.

Robert C. Tapella, Public Printer of the United States,

    Defendant

**SUMMONS IN A CIVIL CASE**

CASE N

Case: 1:08-cv-00714
Assigned To : Roberts, Richard W.
Assign. Date : 4/25/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

United States Attorney
555 4th St., NW
Washington, DC 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore S. Allison
Karr & Allison, P.C.
1300 19th St., N.W., Suite 402
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      APR 2 5 2008

CLERK                                                DATE

*(signature)*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/15/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JARED BREWER | Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): certified mail (see attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/22/08
             *Date*                *Signature of Server*

1300 19th St. NW Ste. 402
Washington DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature: Kenneth L. Parker] | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>AUG 2 1 2008 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Attorney for District of Columbia<br>555 4th Street N.W.<br>Washington DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7007 3020 0001 5739 5124 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540